**UNITED STATES DISTRICT COURT**
**Middle District of Florida**

**PATRICIA KENNEDY,**

        **Plaintiff ,**

v.

**BENITO LeCOCHE**,

        Defendant.

_____

Case No: 8:18-cv-1945-JSM-SPF

# CONSENT DECREE

This CONSENT DECREE is entered into by and between Patricia Kennedy, Individually, hereinafter sometimes referred to as "Plaintiff ," and Benito LeCoche, hereinafter sometimes referred to as "Defendant," on the date last executed below.

**WHEREAS**, Plaintiff filed the above-captioned lawsuit against Defendant alleging that Defendant violated Title III of the Americans With Disabilities Act, 42 U.S.C. § 12181 *et seq.* ("ADA"), because its website located at http://tarponshoresinn.com and the information it furnishes to third party reservation websites, *e.g.,* Orbits, Trivago, etc, (hereinafter collectively "websites") do not comply with the requirements of 28 C.F.R. section 36.302(e)(1) as it pertains to the property located at 40346, U.S. Highway 1, Tarpon Springs, Florida (hereinafter, the subject property).

**WHEREAS,** Defendant denies having violated any federal laws;

**WHEREAS,** the Parties desire to avoid expense, time, effort, and uncertainty of current or future litigation;

**WHEREAS,** subject to the terms set forth below, Plaintiff and Defendant (hereinafter jointly referred to as the "Parties") have agreed to finally resolve any and all claims and disputes by and between and among them; and

**WHEREFORE,** in consideration of the promises and the mutual covenants and undertakings contained herein and incorporated into this CONSENT DECREE, and other good and valuable consideration, the receipt and sufficiency of which is acknowledged, the Parties agree to the following terms and conditions as a full and complete settlement of the Lawsuit:

**I. RELEASE**. Upon the Defendant's full compliance with the terms and conditions of this CONSENT DECREE, Plaintiff hereby releases and discharges Defendant, its officers, employees, agents, successors and assigns from any and all claims and causes of action which it has had arising under the Americans With Disabilities Act. This provision is limited to the subject websites as they apply to the subject property. This release does not restrict the Plaintiff's ability to enforce this consent decree or any court order based upon the same.

**II. COMPLETION AND IMPLEMENTATION OF ACCESSIBILITY.** Defendant agrees that, within one (1) year from the date of this consent decree it shall:

 (a) Shall ensure that its website is brought into conformity with, and remains in conformity with, the requirements of 28 C.F.R. section 36.302(e)(1).

(b) Shall further ensure that material it provides to any third party websites shall fully comply with the requirements of 28 C.F.R. section 36.302(e)(1). The Defendant shall insure that its presence on such websites remains in compliance.

**III. ENFORCEMENT ACTION.** In any action to enforce this CONSENT DECREE, the prevailing party shall be entitled to a reasonable attorney's fee, including litigation expenses and costs pursuant to the standards of 42 U.S.C. Section 12205.

**IV. MONETARY CONSIDERATION.** The Parties agree that Patricia Kennedy is the prevailing party in this litigation and, as such, is entitled to recover a reasonable attorney's fee, including litigation expenses, and costs incurred in this matter. The Parties further agree that they will request the Court to reserve jurisdiction to determine the amount. Should the Court decline to do so, this Consent Decree shall be null and void.

**V. COUNTERPARTS.** The Parties agree that this Agreement may be executed in counterparts, each of which shall be deemed an original but all of which taken together shall constitute but one and the same instrument. The Parties agree that a scanned, emailed, or facsimile copy of a party's signature shall be deemed the equivalent of an original.

**VI. ENTIRE AGREEMENT.** This Agreement constitutes the entire agreement among the Parties on the matters included herein. No other statement, promise, or agreement, either written or oral, made by either party or agents of either party not contained in this Agreement, shall be enforceable. If an arbitrator or court of competent jurisdiction concludes that any part of this Agreement is unenforceable, such portion shall be severed from this Agreement, and all other provisions shall remain enforceable.

**VII. VOLUNTARY EXECUTION.** The Parties represent and acknowledge that this Agreement is given and executed voluntarily, and is not based upon any representation by any of the Parties to another party as to the merits, legal liability, or value of any claim of the Parties or any matters related thereto.

**VIII. AUTHORITY TO EXECUTE.** The Parties represent and warrant to each other that the person executing this Agreement has full authority and capacity to execute this Agreement and to give the release and other promises contained in this Agreement.

IX. **APPLICABLE LAW.** This Agreement is being executed by Defendant in the State of Florida, and it shall be deemed to be made under, and shall be governed by, construed, interpreted and enforced in accordance with the internal laws of the State of Florida in effect as of the date of this Agreement as well as any applicable Federal law.

X. **DISMISSAL OF THE INSTANT LAWSUIT.** Upon execution of this Consent Decree by all parties and the payment of settlement proceeds by the Defendant, the parties shall file the stipulation of approval and entry in the form attached hereto, requesting that the court approve and enter the decree and retain jurisdiction to enforce. The effectiveness of this Consent Decree is conditioned on the Court approving and entering and retaining jurisdiction to enforce. In the event the Court declines, then this Consent Decree shall be null and void and dismissal shall be withdrawn.

**IN WITNESS WHEREOF,** the parties have hereunto signed their names on the day and year written below.

**SIGNATURES:**

Parties:

**PLAINTIFF:**
By: _/s/ Patricia Kennedy_  Date: 11-27-2018
Patricia Kennedy

**DEFENDANT:**
By: _/s/ B. LeCoche_  Date: 11/13/18
Benito LeCoche